AO 91 (Rev. 11/11)   Criminal Complaint (approved by AUSA Jeffrey Dimmig USAO 26-004)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 26-mj-159 |
| Ricardo Sacic Chavez | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 19, 2025** in the county of **Bucks** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Illegal Reentry After Deportation |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Sean McLaughlin
*Complainant's signature*

Sean McLaughlin - ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/30/26

/s/ Pamela A. Carlos
*Judge's signature*

City and state: Allentown, Pennsylvania

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*