## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean McLaughlin, an Enforcement and Removal Officer for the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") being duly sworn, depose and state as follows:

1.  I have served as a Deportation Officer with ICE since 2007.  As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA"), specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally.  I am currently assigned to the ICE Enforcement and Removal Operations, Philadelphia, Pennsylvania Field Office and my duties include investigating violations of Title 8 of the United States Code to include violations of immigration offenses.

2.  I have prepared this affidavit in support of a criminal complaint against RICARDO SACIC CHAVEZ (hereinafter referred to as SACIC CHAVEZ ), a/k/a "Ricardo Saquic," date of birth XXX - 1977[1], because there is probable cause to believe SACIC CHAVEZ, an alien, that is an individual who is not a citizen or national of the United States, re-entered the United States after removal, in violation of Title 8, United States Code, Section 1326(a).

3.  This affidavit is based on information I obtained from my personal observations, training and experience, review of documentary evidence, and information provided to me by other members of the investigation.  Because this affidavit is submitted only for the limited purpose of demonstrating probable cause in support of the attached criminal complaint, I have

---

[1] The defendant's full date of birth is known to your Affiant but omitted from this public filing to comport with EDPA Local Court Rule 53.2.

not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the arrest of SACIC CHAVEZ.

## PROBABLE CAUSE

4. Based on my training and experience, I know that when a police department or other law enforcement agency inputs into a national law enforcement database the fingerprints of any individual who is not a United States citizen or national, who has previously been encountered by ICE or another immigration agency, ICE receives electronic notification of this fact and any match to the alien's known fingerprint identification number or biometrics.

5. ICE received notification that on June 19, 2025, SACIC CHAVEZ was arrested[2] by the Lower Makefield Police Department ("LMPD") in Bucks County, within the Eastern District of Pennsylvania. This electronic communication included SACIC CHAVEZ's name, date of birth, known aliases, Alien Number A201 103 059 and FBI Number 554023KD9. This information was generated and received by ICE when the LMPD collected and entered SACIC CHAVEZ's fingerprints into the National Crime Information Center ("NCIC") and the entry showed SACIC CHAVEZ had previously been removed.

6. I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including

---

[2] LMPD charged the defendant with accidents involving death or personal injury 75 Pa. Cons. Stat. section §§ 3742(A), driving under the influence 75 Pa. Cons Stat section §§ 3802(A1), reckless driving 75 Pa. Cons Stat section §§ 3736(A) and driving without a license 75 Pa. Cons Stat section §§ 1501(A). Subsequently, on November 17, 2025 an amended Criminal Complaint was filed by LMPD charging the defendant with an additional felony count of Aggravated Assault by Vehicle while DUI 75 Pa. Cons. Stat. section §§ 3735.1. Upon arrest, SACIC CHAVEZ was assigned Pennsylvania State Identification Number PA58998460.

his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned a unique identification number, referred to as the "Alien Number."

7. On or about June 19, 2025, the Lower Makefield Police Department processed SACIC CHAVEZ 's fingerprints. Following the arrest and fingerprinting, ICE officials were notified electronically of the arrest via government databases. The notification showed that the fingerprints that were on file under the name Ricardo SACIC CHAVEZ and connected to FBI number 554023KD9; Pennsylvania State Identification Number PA58998460; FIN number 1112796560; and Alien Registration Number A201 103 059.

8. Your affiant reviewed DHS records related to SACIC CHAVEZ 's A-File numbered 201 103 059, which is maintained by ICE.[3] The following representations are based on my review of DHS's electronic records and databases:

    a. SACIC CHAVEZ is a citizen and national of Guatemala.

    b. There is no evidence in these records that SACIC CHAVEZ is a citizen or national of the United States.

    c. On December 18, 2010, SACIC CHAVEZ was served with a Notice and Order of Expedited Removal.

    d. The United States immigration authorities, pursuant to Form I-296, a Notice to Alien Ordered Removed/Departure Verification, removed SACIC CHAVEZ on or

---

[3] An A-File, or Alien File, is a file maintained by ICE which contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned a unique identification number, referred to as an "Alien Number."

about December 28, 2010, via San Antonio, Texas, to Guatemala. Contained on Form I-296 was the photograph, signature, and fingerprint belonging to SACIC CHAVEZ and the signature of immigration officers who witnessed his deportation.

   e. Your affiant reviewed DHS records and found no evidence that SACIC CHAVEZ applied for or was granted permission to re-enter the United States after his removal.

  9. SACIC CHAVAZ illegally reentered the United States on an unknown date after December 28, 2010, and at an unknown place.

  10. On June 19, 2025, SACIC CHAVEZ was found in the United States when ICE learned that he was encountered by the LMPD arrested and later charged with Aggravated Assault by Vehicle while DUI a felony of the second degree.

  11. A search of the DHS databases revealed that SACIC CHAVEZ did not seek permission of the United States Attorney General, or his successor, the Secretary of the Department of Homeland Security, for permission to reapply for admission to the United States following his 2012 removal as required by 8 U.S.C. § 1360(d).

**CONCLUSION**

12.     Based on the foregoing, there is probable cause to conclude that the defendant illegally reentered the United States after deportation, in violation of 8 U.S.C. § 1326(a), and I respectfully ask that the Court issue a warrant ordering his arrest.


/s/ Sean McLaughlin
SEAN MCLAUGHLIN
Deportation Officer
Immigration and Customs Enforcement



SWORN AND SUSCRBIRED BEFORE ME BY TELEPHONE
THIS 30th DAY OF JANUARY 2026

_____

HONORABLE
United States Magistrate Judge
Eastern District of Pennsylvania